IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-00014-RPM-CBS

In the Matter of the Tax Indebtedness of
JERRY L. SHORT and KAREN A. SHORT,

_____

ORDER OF DISMISSAL WITH PREJUDICE
_____

This matter having come before the Court on the Stipulation for Dismissal, filed September 22, 2005, and the Court being fully advised, it is

ORDERED that this civil action is dismissed with prejudice, with each party to pay its respective costs and fees incurred.

DATED: September 23rd, 2005

BY THE COURT:

s/ Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge